UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                          :
NAYELHI ZHARIKC AVILES CORTEZ,                            :
                                                          :
                                      Petitioner,         :          26 Civ. 2073 (JHR)
                                                          :
              -v-                                         :          NOTICE OF
                                                          :          CONFERENCE
KENNETH GENALO et al.,                                   :
                                                          :
                                      Respondents.        :
                                                          :
-------------------------------------------------------------------------X

JENNIFER H. REARDEN, United States District Judge:

On March 13, 2026, Petitioner Nayelhi Zharikc Aviles Cortez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* ECF No. 1. The parties shall appear for a case management conference on **March 16, 2026** at **3:00 p.m.** The conference will take place by telephone. The Court will provide dial-in information in a separate order prior to the conference.

Counsel should confer before the conference and file a joint letter, no later than **March 16, 2026** at **10:00 a.m.**, stating whether the conference is necessary and addressing how the Court should handle this Petition. In the letter, Respondents should also address (1) whether Petitioner was, as the Petition alleges, located in the Southern District of New York at the time that the Petition was filed, *see* ECF No. 1, ¶ 19 ("Nayelhi is detained at a facility within this District."); and (2) whether, if Respondents assert that Petitioner is detained pursuant to 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from *Weng v. Genalo*, No. 25 Civ. 9595 (JHR), 2026 WL 194248 (S.D.N.Y. Jan. 25, 2026) (and, if not, whether Petitioner would consent to denial of the writ—subject to preservation of Petitioner's arguments for appeal).[1] If counsel do not believe a conference is required, and that briefing is appropriate, counsel should propose a briefing schedule in the joint letter.

All counsel are required to register promptly as filing users on ECF. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://nysd.uscourts.gov/hon-jennifer-h-rearden.** Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

---

[1]   If Respondents believe that Petitioner was *not* in the Southern District of New York at the time the Petition was filed, then the parties should confer and state in the joint letter whether the Court should order immediate transfer to the District in which Petitioner was located at the time of filing. *See, e.g., Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025).

1

If this case has been settled or otherwise terminated, counsel are not required to file the aforementioned letter or appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

**No later than 10:00 p.m. today, March 13, 2026, Petitioner's counsel shall (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, by e-mail to the United States Attorney's Office for the Southern District of New York at Jeffrey.Oestericher@usdoj.gov and by overnight mail and (2) promptly file proof of such service on the docket.** Counsel for Respondents shall promptly enter notices of appearance.

SO ORDERED.

Dated: March 13, 2026
      New York, New York

_____
JENNIFER H. REARDEN
United States District Judge